FILED

APR 28 2021

Clerk, U.S. District Court
District Of Montana
Missoula

TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21- 18 -M- DWM |
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| MICHAEL SCOTT NARON,<br>Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

## COUNT I

Between approximately January and October of 2020, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, MICHAEL SCOTT NARON, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

Between approximately January and October of 2020, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, MICHAEL SCOTT NARON, knowingly and unlawfully possessed with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

///

///

///

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

*/s/ Timothy J. Cavan for*

LEIF M. JOHNSON
Acting United States Attorney

*/s/ Joseph E. Thaggard*

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: _____
Warrant: ____✓_____